**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Phyllis Gaither Montague, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Dixie National Life Insurance Company )<br>and National Foundation Life Insurance )<br>Company, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 3:09-687-JFA<br><br><br><br>**ORDER APPROVING<br>CLASS ACTION NOTICE** |

This matter is before the court on Plaintiff Phyllis Gaither Montague's proposed notice of a class action, as instructed by the court in its order granting class certification dated October 19, 2010. After considering Plaintiff's proposal, as well as Defendants' objections, the court adopts the following language as the class notice for this case.

IT IS SO ORDERED.

*[signature: Joseph F. Anderson, Jr.]*

November 22, 2010  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge