# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Phyllis Gaither Montague, on behalf of herself and all others similarly situated,    )<br>)<br>Plaintiffs,    )<br>)<br>v.    )<br>)<br>Dixie National Life Insurance Company,)<br>and National Foundation Life Insurance    )<br>Company,    )<br>)<br>Defendants.    )<br>_____) | C/A No.: 3:09-cv-687-JFA<br><br><br><br><br>**ORDER** |

This order follows the court's order of June 20, 2011, in which it found that the above-named Defendants breached the terms of the supplemental insurance policies it entered into with the Plaintiffs. After granting the Plaintiffs' motion for summary judgment with respect to damages, the court now finds that the Defendants owe the Plaintiffs damages in the amount of $3,396,789.55, which consists of actual damages and prejudgment interest for each individual class member as of the date of this order. The court finds this is the amount owed based upon the calculations of Plaintiffs' expert George DuRant, whose calculations the Defendants did not oppose. The court further orders that post-judgment interest shall accrue at the following rates, which were established by the policies entered into between the parties, except for Class Member 11, whose post-judgment interest rate is established by 28 U.S.C. § 1961(a):

2

    Class Members 1–8    (CP1001)    18%

    Class Members 9–10    (CP1001A)    18%

    Class Member 11    (CP1003)    0.18%

    Class Members 12–53    (CP1004)    9%

IT IS SO ORDERED.

*(signed)* Joseph F. Anderson, Jr.

June 20, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge